# EXHIBIT B

LAW OFFICES OF ROBERT S. GITMEID & ASSOC., PLLC
By: Adam Tripp, Esq.
30 Wall Street, 8th Floor #741
New York, New York 10005
Tel: (866) 249-1137
Fax: (212) 412-9005
Email: Adam.T@gitmeidlaw.com

## SOUTH DAKOTA CIRCUIT COURT
## CODINGTON COUNTY

|  |  |
|---|---|
| KENNETH EVJEN,<br><br>     Plaintiff,<br><br>  – against–<br><br>UPSTART NETWORK, INC. and<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>     Defendants. | Case No.: 14CIV26-000032<br><br>**COMPLAINT WITH<br>JURY DEMAND** |

### COMPLAINT

Plaintiff, Kenneth Evjen (hereinafter "Plaintiff"), by and through his attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, by way of Complaint against the Defendants, Upstart Network, Inc. (hereinafter "Upstart") and Experian Information Solutions, Inc. (hereinafter "Experian") (collectively "Defendants"), hereby alleges as follows:

### INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (hereinafter the "FCRA") and other claims related to unlawful credit

reporting practices. The FCRA prohibits furnishers of credit information and consumer reporting agencies (hereinafter "CRA" or "CRAs") from falsely and inaccurately reporting consumers' credit information.

## PARTIES

2. Plaintiff is an adult citizen of the State of South Dakota, domiciled in Henry, Codington County, South Dakota.

3. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c).

4. Upstart is a national lending company and "furnisher" of consumer credit information as that term is used in 15 U.S.C. § 1681s-2.

5. Upstart maintains its principal office in the State of California and regularly conducts business in the State of South Dakota.

6. Experian is a corporation that engages in the business of maintaining and reporting consumer credit information. Experian is a "consumer reporting agency" as defined in 15 U.S.C. § 1681a(f).

7. Experian maintains its principal office in the State of California and regularly conducts business in the State of South Dakota. Experian is one of the largest CRAs in the world.

## JURISDICTION AND VENUE

8. Jurisdiction and venue are proper in this Court pursuant to the Constitution of the State of South Dakota, the South Dakota Codified Laws ("S.D.C.L."), and all statutes and provisions that vest jurisdiction and authority in the Circuit Court.

9. This Court has jurisdiction over both the parties and the subject matter of this action as the within South Dakota Plaintiff brings civil claims against Defendants that regularly conduct business within the State of South Dakota and

2

are registered to accept service of process within the State of South Dakota.

10. Venue is proper in this Court pursuant to S.D.C.L. §§ 15-5-2 and 15-5-6 as the cause of action herein, or some part thereof, arose in Codington County, South Dakota, and Plaintiff is domiciled in Codington County, South Dakota.

### FACTUAL ALLEGATIONS

11. Upstart issued a loan account ending in 7955 to Plaintiff. The account was routinely reported on Plaintiff's consumer credit report.

12. The consumer credit report at issue is a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1).

13. On or about January 20, 2023, Plaintiff and Upstart entered into a settlement agreement for the above-referenced account. A copy of the settlement agreement is attached hereto as **Exhibit A**.

14. Pursuant to the terms of the settlement, Plaintiff was required to make monthly payments totaling $1,805.10 to settle and close his Upstart account.

15. Plaintiff, via his debt settlement representative, timely made the requisite settlement payments. Proofs of Plaintiff's payments are attached hereto as **Exhibit B**.

16. Additionally, a letter from Upstart confirming Plaintiff's payment of the account is attached hereto as **Exhibit C**.

3

17. However, nearly one year after Plaintiff completed his settlement payments for the Upstart account, the account continued to report with an unpaid balance on his credit report.

18. In particular, on a requested credit report dated April 1, 2025, Plaintiff's Upstart account was reported with an unpaid balance of $510.00. The relevant portion of Plaintiff's April 2025 credit report is attached hereto as **Exhibit D**.

19. This tradeline was inaccurately reported. As evidenced by the enclosed settlement documents and information, the account was settled for less than the full balance and must be reported as settled with a balance of $0.00 on Plaintiff's credit report.

20. On or about April 2, 2025, Plaintiff, via counsel, notified the national CRAs directly, including Experian, of a dispute with completeness and/or accuracy of the reporting of Plaintiff's Upstart account. A copy of Plaintiff's dispute packet is attached hereto as **Exhibit E**.

21. Therefore, Plaintiff disputed the inaccurate information reported by Upstart and Experian via certified mail in accordance with 15 U.S.C. § 1681i.

22. In May 2025, Plaintiff requested an updated credit report for review. The tradeline for Plaintiff's Upstart account remained inaccurate as Defendants failed to make the required corrections, including reporting with unpaid and past-due balance, "Collection/Charge Off" rating, and other inaccurate and detrimental credit marks. The relevant portion of Plaintiff's May 2025 credit report is attached hereto as **Exhibit F**.

23. Upon information and belief, neither Experian nor any other CRA notified Upstart of Plaintiff's credit dispute in accordance with the FCRA. Alternatively,

4

Experian or another CRA did notify Upstart of Plaintiff's dispute, but Defendants failed to properly investigate and delete the Upstart account at issue or failed to properly update the Upstart account on Plaintiff's credit report.

24. If Defendants had performed a reasonable investigation of Plaintiff's dispute, then Plaintiff's Upstart account would have been updated to reflect a settled status with a balance of $0.00 on his credit report.

25. Although Upstart has promised through its subscriber agreements and/or contracts to accurately update accounts, Upstart has nonetheless willfully, maliciously, recklessly, wantonly, and/or negligently failed to follow this requirement, as well as the requirements set forth under the FCRA, which has resulted in the inaccurate and detrimental information remaining on Plaintiff's credit report.

26. Defendants failed to properly maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and credit reports, concerning the Upstart account at issue, thus violating the FCRA. These violations occurred before, during, and after the dispute process began.

27. At all times pertinent hereto, Defendants were acting by and through their agents, servants, and/or employees, who were acting within the scope and course of their employment, and under the direct supervision and control of the Defendants herein.

28. At all times pertinent hereto, the conduct of the Defendants, as well as that of their agents, servants, and/or employees, was malicious, intentional, willful, reckless, negligent, and/or in wanton disregard for federal law and the rights of

5

the Plaintiff herein.

## CAUSE OF ACTION
### Fair Credit Reporting Act

29. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

30. Experian is a "consumer reporting agency," as codified at 15 U.S.C. § 1681a(f).

31. Upstart is an entity that, regularly and in the course of business, furnishes information to one or more CRAs about its transactions and/or experiences with any consumer and therefore constitutes a "furnisher," as codified at 15 U.S.C. § 1681s-2.

32. Upstart is reporting inaccurate credit information concerning Plaintiff to one or more CRAs as defined by 15 U.S.C. § 1681a.

33. Plaintiff notified the national CRAs directly, including Experian, of a dispute regarding the Upstart account's completeness and/or accuracy, as reported on his credit report.

34. Upon information and belief, Upstart failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff and the CRAs within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b).

35. Upstart failed to promptly correct the inaccurate information on Plaintiff's credit report in violation of 15 U.S.C. § 1681s-2(b).

36. Upstart failed to correct and update Plaintiff's inaccurate credit information with all CRAs in violation of 15 U.S.C. § 1681s-2(b)(1)(D).

37. Experian failed to delete credit information found to be inaccurate, reinserted the

6

information without following the FCRA, and/or failed to properly investigate Plaintiff's dispute as required by 15 U.S.C. § 1681i(a).

38. Experian failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and credit reports, concerning the Upstart account at issue, thus violating 15 U.S.C. § 1681e(b).

39. As a result of the above violations of the FCRA, Plaintiff suffered actual damages in one or more of the following categories: increased interest rates on mortgage and vehicle loans, decreased credit score, decreased credit capacity, denial of credit, embarrassment and emotional distress, reputational harm, and/or other damages that may be ascertained at a later date.

40. As a result of the above violations of the FCRA, Defendants are liable to Plaintiff for actual damages, punitive damages, statutory damages, attorneys' fees, and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that judgment be entered against the Defendants as follows:

1. That judgment be entered against Defendants for actual damages pursuant to 15 U.S.C. § 1681n, or alternatively, 15 U.S.C. § 1681o;

2. That judgment be entered against Defendants for statutory damages pursuant to 15 U.S.C. § 1681n;

3. That judgment be entered against Defendants for punitive damages pursuant to 15 U.S.C. § 1681n;

4. That the Court award costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1681n, or alternatively, 15 U.S.C. § 1681o; and

5. That the Court grant such other and further relief as may be just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to S.D.C.L. § 15-6-38(b), Plaintiff demands a trial by jury in this action of all issues so triable.

Dated: November 13, 2025

Respectfully submitted,

**Law Offices of Robert S. Gitmeid & Associates, PLLC**

By: _____
Adam Tripp, Esq. #4877
30 Wall Street, 8th Floor #741
New York, New York 10005
Tel: (866) 249-1137
Fax: (212) 412-9005
Email: Adam.T@gitmeidlaw.com
*Attorneys for Plaintiff Kenneth Evjen*

8

# EXHIBIT A

# Debt Settlement Agreement

This Debt Settlement Agreement (the "Agreement") is associated with  Loan ID███7955 (the "Loan") pursuant to the Promissory Note (the "Note") dated 4/4/2022, and is made between Kenneth Evjen ("Debtor")  and Upstart Network, Inc. ("Servicer"), as servicer and agent of Upstart Funding Grantor Trust 2022-4

     1.      Debt Amount.  The Servicer and Debtor acknowledge and agree that:

     a.     Under the terms of the Loan, Debtor owes the outstanding debt amount, which at any given time comprises of unpaid principal, accrued and unpaid interest and any unpaid fees assessed on the Loan (the "Debt");

     b.     The current Debt amount as of 1/20/2023 1:04 PM is $$3,610.20, which comprises of $$3,314.48 in principal, $250.72 in accrued interest, $45 in fees; and

     c.     The final Debt amount will depend on when/if you accept the terms of this Agreement, as described in 2.b below, and will be calculated as of the effective date of this Agreement.

     2.      Settlement Terms.

     a.     *Offer.* This Agreement constitutes a legally binding offer from Servicer.  Upon Debtor's acceptance pursuant to the terms of subsection (b) below, Servicer irrevocably agrees and accepts the terms of this Agreement.

     b.     *Acceptance.*  **To accept the terms of this Agreement, the Servicer must receive a payment no later than fifteen (15) days of  2/4/2023  ("First Payment Due Date").** Debtor acknowledges and agrees that upon Servicer's receipt of a payment on or before the First Payment Due Date, Debtor is irrevocably agreeing to the terms in this Agreement and the effective date of this Agreement will be the date the Servicer receives this first payment. Debtor acknowledges that if a payment is not received within 15 days of the First Payment Due Date the settlement terms offered under this Agreement are withdrawn, null and void; and any payments the Servicer receives after the First Payment Due Date will be treated as repayments under the original terms of the Loan.  Any payment that is made but subsequently fails or is returned does not qualify as a payment received for the purposes of accepting this Agreement.  Upon acceptance of this Agreement, the Servicer shall report the appropriate account/loan status, including any amounts partially charged off as a result of this Agreement, to each of the credit reporting agencies.

     b.     *Settlement Amount and Payment Schedule.*  The Servicer and Creditor agree that Debtor shall pay $1,805.10 (the "Settlement Amount") in order to settle the Debt.  Debtor agrees to make payments in accordance to the following schedule until the final payment due on 11/4/2024:

| Payment # | Payment Due Date | Payment Amount |
|---|---|---|
| 1 | 2/4/2023 | $50.00 |
| 2 | 3/4/2023 | $83.00 |

upstart® Operations, PO Box 1503 809 Laurel St San Carlos, CA 94070
Phone: (855) 451-6753.  Email: servicing@upstart.com  https://www.upstart.com
Operating hours: 6:00 AM to 6:00 PM Pacific Time, Monday through Friday on business days.

| 3 | 4/4/2023 | $83.00 |
| 4 | 5/4/2023 | $83.00 |
| 5 | 6/4/2023 | $83.00 |
| 6 | 7/4/2023 | $83.00 |
| 7 | 8/4/2023 | $83.00 |
| 8 | 9/4/2023 | $83.00 |
| 9 | 10/4/2023 | $83.00 |
| 10 | 11/4/2023 | $83.00 |
| 11 | 12/4/2023 | $83.00 |
| 12 | 1/4/2024 | $83.00 |
| 13 | 2/4/2024 | $83.00 |
| 14 | 3/4/2024 | $83.00 |
| 15 | 4/4/2024 | $83.00 |
| 16 | 5/4/2024 | $83.00 |
| 17 | 6/4/2024 | $83.00 |
| 18 | 7/4/2024 | $83.00 |
| 19 | 8/4/2024 | $83.00 |
| 20 | 9/4/2024 | $83.00 |
| 21 | 10/4/2024 | $83.00 |
| 22 | 11/4/2024 | $95.10 |

b.　　*Prepayment*.  Debtor may prepay the unpaid Settlement Amount at any time without prepayment penalties.  For prepayment payoff, Debtor must contact Servicer to confirm prepayment amount, payment instructions and other details.

c.　　*Payments*.  Payments under this Agreement will be made by Debtor via manual ACH debit or automatic ACH debit, or by check as indicated in writing by the Servicer. If payments are made by check, the check shall reference ▇▇▇▇7955 and be sent to the following payee and address:

> Payee: Upstart Funding Grantor Trust 2022-4
> PO Box 1503
> San Carlos, CA 94070

d.　　*Default and Remedies*. Debtor acknowledges and agrees that in the event any monthly payment is not paid in full within 60 days of its due date, this Agreement will automatically terminate and become null and void and the original terms of the Loan, including all the remedies available to the Creditor, shall apply.  The final Debt amount, minus any payments received under this Agreement, shall become immediately due and payable in accordance with the terms of the Note, the Loan will be fully charged-off, and the appropriate account/loan status being reported to the credit reporting agencies.

upstart® Operations, PO Box 1503 809 Laurel St San Carlos, CA 94070
Phone: (855) 451-6753.   Email: servicing@upstart.com   https://www.upstart.com
Operating hours: 6:00 AM to 6:00 PM Pacific Time, Monday through Friday on business days.

e.      *Payment in Full of Settlement Amount.*  Upon payment in full of the Settlement Amount in accordance with this Agreement, the remaining unpaid balance of the final Debt amount shall be forgiven. If the total amount discharged from the principal Debt balance equals or exceeds $600, <u>the IRS requires the Servicer to report the amount of forgiveness of debt on a 1099C form. Neither the Creditor nor Servicer make any representation about tax consequences this may have or any reporting requirement that may be imposed on it. The Debtor should consult independent tax counsel of their own choosing if the Debtor desires advice about any tax consequences which may result from this settlement</u>. In addition, the appropriate account/loan status, including any amounts partially charged off as a result of this Agreement, will be reported to each of the credit reporting agency.  Upon request, a letter of satisfaction of this Loan will be sent to Debtor.

3.      <u>Term; No Waiver or Amendment.</u>  The Debtor and Servicer agree that (i) this Agreement is valid until full and final payment of the Settlement Amount has been made as provided in this Agreement, unless it is terminated earlier as contemplated in 2.d above; (ii) all other terms and conditions set forth in the Note remain in full force and effect and nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note; and (iii) the terms and conditions of this Agreement do not alter or amend Creditor's rights and remedies against the Debtor as set forth in the Note.

4.      <u>Miscellaneous</u>.  This Agreement shall be governed by and interpreted in accordance with the Debtor's Note. This Agreement may not be amended, except in writing agreed to by both parties. The terms and conditions of this Agreement shall be enforceable to the fullest extent permitted by law. The Debtor shall not have the right to assign this Agreement (or any portion hereof) without the prior written consent of the Servicer. Any assignment without such consent shall be void and is a material breach hereof.  Each party represents and warrants that they have the authority to enter into this Agreement on their behalf and any organization they represent.

**Filed: 1/15/2026 9:09 AM CST   Codington County, South Dakota     14CIV26-000032**

# EXHIBIT B



THE KEY TO DOCUMENT SECURITY · HEAT ACTIVATED THUMB PRINT · ADDITIONAL SECURITY FEATURES INCLUDED · SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

01/27/2023                    107469039999

Pay to the Order of:  Upstart                           $50.00          USD

fifty dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
606 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE



THE KEY TO DOCUMENT SECURITY · HEAT ACTIVATED THUMB PRINT · ADDITIONAL SECURITY FEATURES INCLUDED · SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

02/28/2023

107469039996

Pay to the Order of: Upstart

$83.00    USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE



THE KEY TO DOCUMENT SECURITY • HEAT ACTIVATED THUMB PRINT • ADDITIONAL SECURITY FEATURES INCLUDED • SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

03/28/2023

107469039994

Pay to the Order of: Upstart

$83.00    USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE

THE KEY TO DOCUMENT SECURITY • HEAT ACTIVATED THUMB PRINT • ADDITIONAL SECURITY FEATURES INCLUDED • SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

04/28/2023

107469039992

Pay to the Order of:  Upstart

$83.00    USD

eighty three dollars and zero cents******

-7956 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE

THE KEY TO DOCUMENT SECURITY · HEAT ACTIVATED THUMB PRINT · ADDITIONAL SECURITY FEATURES INCLUDED · SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

05/28/2023

107469039990

Pay to the Order of: Upstart

$83.00   USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE



THE KEY TO DOCUMENT SECURITY • HEAT ACTIVATED THUMB PRINT • ADDITIONAL SECURITY FEATURES INCLUDED • SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

06/28/2023

107469039988

Pay to the Order of: Upstart

$83.00     USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
506 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE



THE KEY TO DOCUMENT SECURITY · HEAT ACTIVATED THUMB PRINT · ADDITIONAL SECURITY FEATURES INCLUDED · SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

08/28/2023

107469039985

Pay to the Order of:  Upstart

$83.00          USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE





THE KEY TO DOCUMENT SECURITY • HEAT ACTIVATED THUMBPRINT • ADDITIONAL SECURITY FEATURES INCLUDED • SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

10/28/2023

107469039980

Pay to the Order of: Upstart

$83.00    USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE



THE KEY TO DOCUMENT SECURITY · HEAT ACTIVATED THUMB PRINT · ADDITIONAL SECURITY FEATURES INCLUDED · SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

11/28/2023

107469039978

Pay to the Order of:  Upstart

$83.00        USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE



THE KEY TO DOCUMENT SECURITY • HEAT ACTIVATED THUMBPRINT • ADDITIONAL SECURITY FEATURES INCLUDED • SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

12/28/2023

107469039976

Pay to the Order of:  Upstart

$83.00   USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE



THE KEY TO DOCUMENT SECURITY · HEAT ACTIVATED THUMB PRINT · ADDITIONAL SECURITY FEATURES INCLUDED · SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

02/28/2024

107469039972

Pay to the Order of: **Upstart**

$83.00    USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE

THE KEY TO DOCUMENT SECURITY • HEAT ACTIVATED THUMB PRINT • ADDITIONAL SECURITY FEATURES INCLUDED • SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

03/28/2024

107469039970

Pay to the Order of: **Upstart**

$83.00   USD

eighty three dollars and zero cents******

-7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE

THE KEY TO DOCUMENT SECURITY • HEAT ACTIVATED THUMB PRINT • ADDITIONAL SECURITY FEATURES INCLUDED • SEE BACK FOR DETAILS

**BETRLINK LLC AS CUSTODIAN**
**222 BROADWAY FL 19**
**NEW YORK NY 10038**
**FBO KENNETH EVJEN**

04/28/2024

107469039968

Pay to the Order of: **Upstart**

$83.00   USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE

THE KEY TO DOCUMENT SECURITY • HEAT ACTIVATED THUMB PRINT • ADDITIONAL SECURITY FEATURES INCLUDED • SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

05/28/2024

107469039967

Pay to the Order of: **Upstart**

$83.00          USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE

THE KEY TO DOCUMENT SECURITY • HEAT ACTIVATED THUMB PRINT • ADDITIONAL SECURITY FEATURES INCLUDED • SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

05/31/2024

107469039963

Pay to the Order of: **Upstart**

$427.10      USD

four hundred twenty seven dollars and ten cents******

-7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE

# EXHIBIT C

PO Box 1503
San Carlos, CA 94070
(855) 451-6753
servicing@upstart.com

7/15/2025

Hi Kenneth Evjen,

This is a letter confirming that we have received your most recent payment of $427.10 on 06/10/24 and that your Upstart loan has been settled in full. If any payment made fails or is disputed or returned in the future, this will affect the settled-in-full status of your Upstart loan.

| Borrower Name | Loan ID | Creditor |
|---|---|---|
| Kenneth Evjen | ███7955 | Upstart Funding Grantor Trust 2022-4[1] |

| Settlement Amount | Settlement Amount Paid | Forgiven Debt |
|---|---|---|
| $1,805.10 | $1,805.10 | $1,805.10 |

The forgiven debt amount will be reported to the IRS for tax purposes.  Please let us know if you have any questions.


Thank you for being our customer.


Upstart® Loan Operations**
* Upstart Funding Grantor Trust 2022-4 is the current creditor for your Upstart loan

---

[1] *This loan was purchased from Cross River Bank, the original creditor*

# EXHIBIT D

# Credit report

TransUnion    Equifax    Experian    [ All bureaus ]

| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|
|  |  |  |  |
| Report date | Apr 1, 2025 | Apr 1, 2025 | Apr 1, 2025 |



## Persona

| Reported names | Kenneth R Evjen | Kenneth Raynard Evjen | Kenneth Evjen |
|---|---|---|---|
| DOB |  |  |  |
| SSN |  |  |  |
| Employment info |  |  |  |
| Addresses |  |  |  |

## Account summary

**UPSTART
NETWORK INC.**  ⊖

Jun 4, 2024                    **$510.00**
                          **In good standing**

**Overview**

You have 15% left to pay on
this loan.

| Balance | Highest balance |
|---------|-----------------|
| $510 00 | $3,500 00 |

**Account details**

| | |
|---|---|
| Account Number | ▉79XX |
| Account Status | **Open** |
| Open Date | **Apr 4, 2022** |
| Last Activity | **Mar 1, 2023** |
| Type | **Unsecured** |
| Responsibility | **Individual** |
| Remarks | **Current Account/was Delinquent 90 Days Past Due Date** |
| Times 30/60/90 Days Late | 1/1/1 |
| Month's Reviewed | **26** |
| Terms Count | **31** |
| Term Source Type | **Provided** |
| High Balance | $3,500.00 |
| High Credit | $3,500 00 |
| Monthly Payment | $83 00 |
| Current Payment Status | **As Agreed** |
| Amount Past Due | |

**Payment history**

You've made 88% of
payments for this account on

time.

| 2024 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      |     |     |     |     |     |     |

| 2023 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      | 60  | 90  | ✔   | ✔   | ✔   | ✔   |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   |

| 2022 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      |     |     |     |     | ✔   | ✔   |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | ✔   | ✔   | ✔   | ✔   | ✔   | 30  |

| ✔ | Paid on time |
|---|---|
| 30 | 30 days past due |
| 60 | 60 days past due |
| 90 | 90 days past due |
| 120 | 120 days past due |
| 150 | 150 days past due |
| BR | Bankruptcy |
| RF | Repossession or foreclosure |
| CC | Collection or charge off |
| VS | Voluntary surrender |
| N/A | No data available |

**Creditor information**

UPSTART NETWORK INC
2950 S DELAWARE ST STE 3
SAN MATEO, CA 94403
(855) 451 6753
A7a859a1D735e34bb0f2b7ba61a7b9f78

# EXHIBIT E



The Law Offices of
# ROBERT S. GITMEID & ASSOC., PLLC

April 2, 2025

**VIA CERTIFIED MAIL**

Transunion Consumer Solutions            Equifax Information Services, LLC
P.O. Box 2000                            P.O. Box 740256
Chester, PA 19016                        Atlanta, GA 30374

Experian
P.O. Box 4500
Allen, TX 75013

|           |                        |
|-----------|------------------------|
| Re:       | Kenneth Evjen          |
| Creditor: | Upstart Network, Inc.  |
| Account No.: | Ending in 7955      |
| SSN:      | Ending in ▆▆▆▆         |
| Address:  |                        |

Dear Sir and/or Madam,

Please be advised that this office was retained to represent Kenneth Evjen with respect to his claims for violations under the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

On or about January 20, 2023, Mr. Evjen and Upstart Network, Inc. ("Upstart Network") entered into a settlement agreement for the above-referenced account. A copy of the settlement agreement is attached herein for your review. Pursuant to the terms of the settlement, Mr. Evjen was required to monthly payments totaling $1,805.10 to settle and close his Upstart Network account. Mr. Evjen via his debt settlement representative, timely made the requisite settlement payments. Proof of these payments are attached herein for your review.

However, nearly a year later, Mr. Evjen's account continues to be negatively reported. In particular on a requested credit report dated April 1, 2025, Mr. Evjen's account was reported with a status of "As Agreed", a balance of $510.00 and a past due balance of $0.00. The relevant portion of Mr. Evjen's credit report is attached herein for your review. The trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

Thank you for your prompt attention to this important matter.

Very truly yours,

Caroline Zak
Paralegal
The Law Offices of Robert S. Gitmeid
& Associates, PLLC
Caroline.Z@gitmeidlaw.com
(866) 249-1137

Filed: 1/15/2026 9:09 AM CST  Codington County, South Dakota    14CIV26-000032

# Debt Settlement Agreement

This Debt Settlement Agreement (the "Agreement") is associated with Loan ID█████7955 (the "Loan") pursuant to the Promissory Note (the "Note") dated 4/4/2022, and is made between Kenneth Evjen ("Debtor")  and Upstart Network, Inc. ("Servicer"), as servicer and agent of Upstart Funding Grantor Trust 2022-4

  1.     Debt Amount.  The Servicer and Debtor acknowledge and agree that:

   a.   Under the terms of the Loan, Debtor owes the outstanding debt amount, which at any given time comprises of unpaid principal, accrued and unpaid interest and any unpaid fees assessed on the Loan (the "Debt");

   b.   The current Debt amount as of 1/20/2023 1:04 PM is $$3,610.20, which comprises of $$3,314.48 in principal, $250.72 in accrued interest, $45 in fees; and

   c.   The final Debt amount will depend on when/if you accept the terms of this Agreement, as described in 2.b below, and will be calculated as of the effective date of this Agreement.

  2.    Settlement Terms.

   a.    *Offer.* This Agreement constitutes a legally binding offer from Servicer.  Upon Debtor's acceptance pursuant to the terms of subsection (b) below, Servicer irrevocably agrees and accepts the terms of this Agreement.

   b.    *Acceptance.*  **To accept the terms of this Agreement, the Servicer must receive a payment no later than fifteen (15) days of  2/4/2023  ("First Payment Due Date").**  Debtor acknowledges and agrees that upon Servicer's receipt of a payment on or before the First Payment Due Date, Debtor is irrevocably agreeing to the terms in this Agreement and the effective date of this Agreement will be the date the Servicer receives this first payment. Debtor acknowledges that if a payment is not received within 15 days of the First Payment Due Date the settlement terms offered under this Agreement are withdrawn, null and void; and any payments the Servicer receives after the First Payment Due Date will be treated as repayments under the original terms of the Loan.  Any payment that is made but subsequently fails or is returned does not qualify as a payment received for the purposes of accepting this Agreement.  Upon acceptance of this Agreement, the Servicer shall report the appropriate account/loan status, including any amounts partially charged off as a result of this Agreement, to each of the credit reporting agencies.

   b.    *Settlement Amount and Payment Schedule.*  The Servicer and Creditor agree that Debtor shall pay $1,805.10 (the "Settlement Amount") in order to settle the Debt.  Debtor agrees to make payments in accordance to the following schedule until the final payment due on 11/4/2024:

| Payment # | Payment Due Date | Payment Amount |
|-----------|------------------|----------------|
| 1 | 2/4/2023 | $50.00 |
| 2 | 3/4/2023 | $83.00 |

upstart® Operations, PO Box 1503 809 Laurel St San Carlos, CA 94070
Phone: (855) 451-6753.  Email: servicing@upstart.com   https://www.upstart.com
Operating hours: 6:00 AM to 6:00 PM Pacific Time, Monday through Friday on business days.

| 3 | 4/4/2023 | $83.00 |
|---|---|---|
| 4 | 5/4/2023 | $83.00 |
| 5 | 6/4/2023 | $83.00 |
| 6 | 7/4/2023 | $83.00 |
| 7 | 8/4/2023 | $83.00 |
| 8 | 9/4/2023 | $83.00 |
| 9 | 10/4/2023 | $83.00 |
| 10 | 11/4/2023 | $83.00 |
| 11 | 12/4/2023 | $83.00 |
| 12 | 1/4/2024 | $83.00 |
| 13 | 2/4/2024 | $83.00 |
| 14 | 3/4/2024 | $83.00 |
| 15 | 4/4/2024 | $83.00 |
| 16 | 5/4/2024 | $83.00 |
| 17 | 6/4/2024 | $83.00 |
| 18 | 7/4/2024 | $83.00 |
| 19 | 8/4/2024 | $83.00 |
| 20 | 9/4/2024 | $83.00 |
| 21 | 10/4/2024 | $83.00 |
| 22 | 11/4/2024 | $95.10 |

   b.      *Prepayment*.  Debtor may prepay the unpaid Settlement Amount at any time without prepayment penalties.  For prepayment payoff, Debtor must contact Servicer to confirm prepayment amount, payment instructions and other details.

   c.      *Payments*.  Payments under this Agreement will be made by Debtor via manual ACH debit or automatic ACH debit, or by check as indicated in writing by the Servicer. If payments are made by check, the check shall reference ███7955 and be sent to the following payee and address:

       Payee: Upstart Funding Grantor Trust 2022-4
       PO Box 1503
       San Carlos, CA 94070

   d.      *Default and Remedies*. Debtor acknowledges and agrees that in the event any monthly payment is not paid in full within 60 days of its due date, this Agreement will automatically terminate and become null and void and the original terms of the Loan, including all the remedies available to the Creditor, shall apply.  The final Debt amount, minus any payments received under this Agreement, shall become immediately due and payable in accordance with the terms of the Note, the Loan will be fully charged-off, and the appropriate account/loan status being reported to the credit reporting agencies.

upstart® Operations, PO Box 1503 809 Laurel St San Carlos, CA 94070
Phone: (855) 451-6753.   Email: servicing@upstart.com   https://www.upstart.com
Operating hours: 6:00 AM to 6:00 PM Pacific Time, Monday through Friday on business days.

e.    *Payment in Full of Settlement Amount.*  Upon payment in full of the Settlement Amount in accordance with this Agreement, the remaining unpaid balance of the final Debt amount shall be forgiven. If the total amount discharged from the principal Debt balance equals or exceeds $600, the IRS requires the Servicer to report the amount of forgiveness of debt on a 1099C form. Neither the Creditor nor Servicer make any representation about tax consequences this may have or any reporting requirement that may be imposed on it. The Debtor should consult independent tax counsel of their own choosing if the Debtor desires advice about any tax consequences which may result from this settlement. In addition, the appropriate account/loan status, including any amounts partially charged off as a result of this Agreement, will be reported to each of the credit reporting agency.  Upon request, a letter of satisfaction of this Loan will be sent to Debtor.

3.    Term: No Waiver or Amendment.  The Debtor and Servicer agree that (i) this Agreement is valid until full and final payment of the Settlement Amount has been made as provided in this Agreement, unless it is terminated earlier as contemplated in 2.d above; (ii) all other terms and conditions set forth in the Note remain in full force and effect and nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note; and (iii) the terms and conditions of this Agreement do not alter or amend Creditor's rights and remedies against the Debtor as set forth in the Note.

4.    Miscellaneous.  This Agreement shall be governed by and interpreted in accordance with the Debtor's Note. This Agreement may not be amended, except in writing agreed to by both parties. The terms and conditions of this Agreement shall be enforceable to the fullest extent permitted by law. The Debtor shall not have the right to assign this Agreement (or any portion hereof) without the prior written consent of the Servicer. Any assignment without such consent shall be void and is a material breach hereof.  Each party represents and warrants that they have the authority to enter into this Agreement on their behalf and any organization they represent.





THE KEY TO DOCUMENT SECURITY • HEAT ACTIVATED THUMB PRINT • ADDITIONAL SECURITY FEATURES INCLUDED • SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

02/28/2023

107469039996

Pay to the Order of: **Upstart**

$83.00  USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE



THE KEY TO DOCUMENT SECURITY • HEAT ACTIVATED THUMB PRINT • ADDITIONAL SECURITY FEATURES INCLUDED • SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

03/28/2023

107469039994

Pay to the Order of: Upstart

$83.00                 USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE

THE KEY TO DOCUMENT SECURITY • HEAT ACTIVATED THUMB PRINT • ADDITIONAL SECURITY FEATURES INCLUDED • SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

04/28/2023

107469039992

Pay to the Order of: Upstart

$83.00    USD

eighty three dollars and zero cents******

-7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE

THE KEY TO DOCUMENT SECURITY · HEAT ACTIVATED THUMB PRINT · ADDITIONAL SECURITY FEATURES INCLUDED · SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

05/28/2023

107469039990

Pay to the Order of:  Upstart

$83.00    USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE



THE KEY TO DOCUMENT SECURITY • HEAT ACTIVATED THUMB PRINT • ADDITIONAL SECURITY FEATURES INCLUDED • SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

06/28/2023

107469039988

Pay to the Order of: Upstart

$83.00       USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE



THE KEY TO DOCUMENT SECURITY · HEAT ACTIVATED THUMB PRINT · ADDITIONAL SECURITY FEATURES INCLUDED · SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

08/28/2023

107469039985

Pay to the Order of: Upstart

$83.00     USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE



THE KEY TO DOCUMENT SECURITY • HEAT ACTIVATED THUMB PRINT • ADDITIONAL SECURITY FEATURES INCLUDED • SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

09/28/2023

107469039982

Pay to the Order of:  Upstart

$83.00       USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE



THE KEY TO DOCUMENT SECURITY • HEAT ACTIVATED THUMB PRINT • ADDITIONAL SECURITY FEATURES INCLUDED • SEE BACK FOR DETAILS

**BETRLINK LLC AS CUSTODIAN**
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

10/28/2023

107469039980

Pay to the Order of:  Upstart

$83.00        USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE





THE KEY TO DOCUMENT SECURITY • HEAT ACTIVATED THUMBPRINT • ADDITIONAL SECURITY FEATURES INCLUDED • SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

12/28/2023

107469039976

Pay to the Order of: Upstart

$83.00    USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE



THICKLY TO DOCUMENT SECURITY · HEAT ACTIVATED THUMB PRINT · ADDITIONAL SECURITY FEATURES INCLUDED · SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

01/28/2024

107469039974

Pay to the Order of: Upstart

$83.00    USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE

Filed: 1/15/2026 9:09 AM CST Codington County, South Dakota    14CIV26-000032

THE KEY TO DOCUMENT SECURITY • HEAT ACTIVATED THUMB PRINT • ADDITIONAL SECURITY FEATURES INCLUDED • SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

02/28/2024

107469039972

Pay to the Order of: **Upstart**

$83.00    USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE

THE KEY TO DOCUMENT SECURITY • TR AT ACTIVATED THUMB PRINT • ADDITIONAL SECURITY FEATURES INCLUDED • SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

03/28/2024

107469039970

Pay to the Order of: **Upstart**

$83.00   USD

eighty three dollars and zero cents******

-7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE

Filed: 1/15/2026 9:09 AM CST Codington County, South Dakota 14CIV26-000032

THE KEY TO DOCUMENT SECURITY • HEAT ACTIVATED THUMBPRINT • ADDITIONAL SECURITY FEATURES INCLUDED • SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

04/28/2024

107469039968

Pay to the Order of: **Upstart**

$83.00   USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE

Filed: 1/15/2026 9:09 AM CST Codington County, South Dakota    14CIV26-000032

THE KEY TO DOCUMENT SECURITY • HEAT ACTIVATED THUMB PRINT • ADDITIONAL SECURITY FEATURES INCLUDED • SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

05/28/2024

107469039967

Pay to the Order of: **Upstart**

$83.00   USD

eighty three dollars and zero cents******

7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE

THE KEY TO DOCUMENT SECURITY • HEAT ACTIVATED THUMB PRINT • ADDITIONAL SECURITY FEATURES INCLUDED • SEE BACK FOR DETAILS

BETRLINK LLC AS CUSTODIAN
222 BROADWAY FL 19
NEW YORK NY 10038
FBO KENNETH EVJEN

05/31/2024

107469039963

Pay to the Order of: **Upstart**

$427.10    USD

four hundred twenty seven dollars and ten cents******

-7955 // Kenneth Evjen

CENTURY NEXT BANK
505 NORTH VIENNA ST
RUSTON LA 71270

VOID 90 DAYS AFTER ISSUE DATE

# Credit report

TransUnion    Equifax    Experian    [ All bureaus ]

| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|
| | ████████ | ████████ | ████████ |
| Report date | Apr 1, 2025 | Apr 1, 2025 | Apr 1, 2025 |



## Persona

| Reported names | Kenneth R Evjen | Kenneth Raynard Evjen | Kenneth Evjen |
|---|---|---|---|
| DOB | | | |
| SSN | | | |
| Employment info | | | |
| Addresses | | | |

## Account summary

**UPSTART
NETWORK INC.**   ⊖

|                        |                |
|------------------------|----------------|
| Jun 4, 2024            | **$510.00**    |
|                        | **In good standing** |

**Overview**

You have 15% left to pay on
this loan.

| Balance    | Highest balance |
|------------|-----------------|
| **$510 00** | **$3,500 00**  |

**Account details**

| | |
|---|---|
| Account Number | ▮▮79XX |
| Account Status | Open |
| Open Date | Apr 4, 2022 |
| Last Activity | Mar 1, 2023 |
| Type | Unsecured |
| Responsibility | Individual |
| Remarks | Current Account/was Delinquent 90 Days Past Due Date |
| Times 30/60/90 Days Late | 1/1/1 |
| Month's Reviewed | 26 |
| Terms Count | 31 |
| Term Source Type | Provided |
| High Balance | $3,500.00 |
| High Credit | $3,500 00 |
| Monthly Payment | $83 00 |
| Current Payment Status | As Agreed |
| Amount Past Due | |

**Payment history**

You've made 88% of
payments for this account on

time.

| 2024 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      |     |     |     |     |     |     |

| 2023 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      | 60 | 90 | ✔ | ✔ | ✔ | ✔ |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

| 2022 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      |     |     |     |     | ✔ | ✔ |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | ✔ | ✔ | ✔ | ✔ | ✔ | 30 |

| | |
|---|---|
| ✔ | Paid on time |
| 30 | 30 days past due |
| 60 | 60 days past due |
| 90 | 90 days past due |
| 120 | 120 days past due |
| 150 | 150 days past due |
| BR | Bankruptcy |
| RF | Repossession or foreclosure |
| CC | Collection or charge off |
| VS | Voluntary surrender |
| N/A | No data available |

**Creditor information**

UPSTART NETWORK INC
2950 S DELAWARE ST STE 3
SAN MATEO, CA 94403
(855) 451 6753

b7a859a1735e34bb0f2b7ba61a7b9f78
A2a859a1D

# EXHIBIT F

# Credit report

TransUnion     Equifax     Experian     All bureaus

| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|
| | ███ | ███ | ███ |
| Report date | May 14, 2025 | May 14, 2025 | May 14, 2025 |
| | ███ | ███ | ███ |

## Personal info

| | | | |
|---|---|---|---|
| Reported names | Kenneth R Evjen | Kenneth Raynard Evjen | Kenneth Evjen |
| DOB | ███ | ███ | ███ |
| SSN | | | |
| Employment info | | | |
| Addresses | | | |

## Account summary

| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|
| Total count | 3 | 1 | 3 |

**Hide Details** ⊖

| | TransUnion | | Experian | |
|---|---|---|---|---|
| | Mar 8, 2023 | $0.00 | Feb 4, 2024 | $1,841.00 |
| | | UPSTART NETW | | UPSTART NETWORK INC. |

**Account details** (TransUnion)

| | |
|---|---|
| Account Number | ▇XXXX |
| Date Opened | Apr 4, 2022 |
| Last Activity | Mar 8, 2023 |
| Original Creditor | |
| Monthly Payment | $0.00 |
| Term Source Type | |
| Current Rating | Collection/Charge off |
| Status | Closed |
| Type | Individual |
| High Balance | $1,841.00 |
| Unpaid Balance | $0.00 |
| Highest Adverse Rating | Collection/Charge off |
| Most Recent Adverse Rating | Collection/Charge-off |
| Comments | Settled   Less Than Full Balance |

**Account details** (Experian)

| | |
|---|---|
| Account Number | ▇79XX |
| Date Opened | Apr 4, 2022 |
| Last Activity | Feb 1, 2024 |
| Original Creditor | |
| Monthly Payment | $0.00 |
| Term Source Type | Provided |
| Current Rating | Collection/Charge off |
| Status | Charge Off |
| Type | Individual |
| High Balance | $1,841.00 |
| Unpaid Balance | $1,841.00 |
| Highest Adverse Rating | Collection/Charge off |
| Most Recent Adverse Rating | Collection/Charge-off |
| Comments | Unpaid Balance Reported As A Loss By Credit Grantor |

**Account details**

No History Is Available

**Collection agency**

UPSTART NETW

Account ID: 17e70b16342dd35c5cb9f80fa2d51f0e

**Account details**

You've Made 82% Of Payments For This Account On Time

| 2024 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      | 90  | CC  |     |     |     |     |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      |     |     |     |     |     |     |

| 2023 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | ✔   | ✔   | ✔   | ✔   | 30  | 60  |

| 2022 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      |     |     |     |     | ✔   | ✔   |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   |

| ✔ | Paid on time |
|---|---|
| 30 | 30 days past due |
| 60 | 60 days past due |
| 90 | 90 days past due |
| 120 | 120 days past due |
| 150 | 150 days past due |
| BR | Bankruptcy |
| RF | Repossession or foreclosure |
| CC | Collection or charge off |
| VS | Voluntary surrender |
| N/A | No data available |

**Collection agency**

UPSTART NETWORK INC
2950 S DELAWARE ST STE 3
SAN MATEO, CA 94403
(855) 451 6753

Account ID  69292bc8660519b8f519d8ae9e0f616d

**Account details**

No History Is Available

**Collection agency**

UPSTART NETW

**Account details**

You've Made 82% Of Payments For This Account On Time